%AO 442 (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

_____ District of _____ GUAM

UNITED STATES OF AMERICA

V.

JIAN RONG LI

**WARRANT FOR ARREST**

Case Number: CR-04-00006

RECEIVED JUN 14 2006 US MARSHALS SERVICE-GUAM

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____JIAN RONG LI_____
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment ☐ Information ☐ Complaint ☐ Order of court ☐ Probation Violation Petition ☑ Supervised Release Violation Petition ☐ Violation Notice

charging him or her with (brief description of offense)

ORDER TO SHOW CAUSE WHY SUPERVISED RELEASE CONDITIONS SHOULD NOT BE REVOKED
(See attached Petition and Violation Report)

**FILED**
DISTRICT COURT OF GUAM
NOV 26 2007

in violation of Title __18__ United States Code, Section(s) __3583__

**JEANNE G. QUINATA**
Clerk of Court

MARILYN B. ALCON
Name of Issuing Officer

_Marilyn B. Alcon_ (signature)
Signature of Issuing Officer

Deputy Clerk
Title of Issuing Officer

6/14/2006
Date

Hagatna, Guam
Location

ORIGINAL

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at

Washington Eastern District

| DATE RECEIVED 6-14-06 | NAME AND TITLE OF ARRESTING OFFICER USMS Eastern District WA | SIGNATURE OF ARRESTING OFFICER _(signed)_ |
|---|---|---|
| DATE OF ARREST 10-17-07 | | |

AO 442    (Rev. 10/03) Warrant for Arrest

## THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

DEFENDANT'S NAME: _____JIAN RONG LI_____

ALIAS: _____

LAST KNOWN RESIDENCE: _____

LAST KNOWN EMPLOYMENT: _____

PLACE OF BIRTH: _____

DATE OF BIRTH: _____

SOCIAL SECURITY NUMBER: _____

HEIGHT: _____  WEIGHT: _____

SEX: _____  RACE: _____

HAIR: _____  EYES: _____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS:

FILED

FBI NUMBER: _____

COMPLETE DESCRIPTION OF AUTO:

INVESTIGATIVE AGENCY AND ADDRESS:

ORIGINAL