| ✒PROB 22 (Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* **Criminal 04-00006-001** |
|---|---|---|
| | TRANSFER OF JURISDICTION | DOCKET NUMBER *(Rec. Court)* |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT **GUAM** | DIVISION |
|---|---|---|
| **JIAN RONG LI** <br> c/o USPO Rebecca Nichols <br> Eastern District of Washington <br> United States Probation <br> Post Office Box 1791 <br> Yakima, WA 98907-1791 | NAME OF SENTENCING JUDGE **Honorable Morrison C. England, Designated Judge** | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM **December 28, 2004** — TO **December 27, 2006** |

OFFENSE

**False Use of Passport, in violation of 18 U.S.C. §1543**

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR **N/A** DISTRICT OF **Guam**

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the **Eastern District of Washington** upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

_____  _____
*Date*  *United Sates District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR **Eastern** DISTRICT OF **Washington**

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

_____  _____
*Effective Date*  *United States District Judge*

# UNITED STATES DISTRICT COURT
# FOR THE
# TERRITORY OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO.: 04-00006-001 |
| | ) | |
| Plaintiff, | ) | |
| | ) | **TRANSFER OF JURISDICTION** |
| vs. | ) | |
| | ) | |
| JIAN RONG LI, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

On November 16, 2004, Jian Rong Li was sentenced in the District Court of Guam for: False Use of Passport, in violation of 18 U.S.C. § 1543. He received a sentence of six months imprisonment. He was additionally sentenced to two years supervised release and other conditions, to include a $2,000 fine, and a $100 special assessment fee.

On December 28, 2004, Mr. Li was released from the Department of Corrections on Guam pending immigration proceedings and was transferred to the custody of the Immigration and Customs Enforcement (ICE). On April 19, 2005, he was granted asylum and released from custody. On September 1, 2005, the U.S. Probation Office received notification of the release. Attempts were made to locate him, however, ICE did not have any contact information.

On October 11, 2007, the Probation Office was notified by Mr. Li's former attorney, G. Patrick Civille, that Mr. Li was arrested in Washington for the outstanding warrant from this District for failing to report to the U.S. Probation Office upon his release from custody.. On October 12, 2007, Supervisory U.S. Probation Officer Rebecca Nichols from the Eastern District of Washington, Yakima Office, advised that Mr. Li was arrested and had a Return of Warrant hearing scheduled for October 16, 2007.

Transfer of Jurisdiction
Re: LI, Jian Rong
Criminal Case No. 04-00006-001
December 3, 2007
Page 2


On October 23, 2007, Supervisory U.S. Probation Officer Nichols notified the Probation Officer that Mr. Li was released pending a status hearing. She further advised that Mr. Li was gainfully employed. According to SUSPO Nichols, she was advised by ICE officials that Mr. Li would be granted permanent residency for his cooperation with them. SUSPO Nichols recommended that jurisdiction of this case be transferred to the Eastern District of Washington to address the violation of supervised release and since Mr. Li now resides in their District.

This Officer therefore recommends that the District Court transfers jurisdiction of Mr. Li to the Eastern District of Washington.


RESPECTFULLY submitted this 3rd day of December 2007.

                          ROSSANNA VILLAGOMEZ-AGUON
                          Chief U.S. Probation Officer


By:  /s/ JUDY ANNE L. OCAMPO
                          U.S. Probation Officer

Reviewed by:

/s/ CARMEN D. O'MALLAN
U.S. Probation Officer Specialist
Supervision Unit Leader

cc: File