| ✎PROB 22 (Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* **Criminal 04-00006-001** |
|---|---|---|
| | TRANSFER OF JURISDICTION | DOCKET NUMBER *(Rec. Court)* |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT **GUAM** | DIVISION |
|---|---|---|
| **JIAN RONG LI**<br>c/o USPO Rebecca Nichols<br>Eastern District of Washington<br>United States Probation<br>Post Office Box 1791<br>Yakima, WA 98907-1791 | NAME OF SENTENCING JUDGE **Honorable Morrison C. England, Designated Judge** | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM **December 28, 2004** / TO **December 27, 2006** |

OFFENSE

**False Use of Passport, in violation of 18 U.S.C. §1543**

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR **N/A** DISTRICT OF **Guam**

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the **Eastern District of Washington** upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

/s/ Frances M. Tydingco-Gatewood
Chief Judge
Dated: Dec 10, 2007

_____  _____
Date   United Sates District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR **Eastern** DISTRICT OF **Washington**

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

_____  _____
*Effective Date*   *United States District Judge*