

# District Court of Guam

4TH FLOOR, U.S. COURTHOUSE
520 WEST SOLEDAD AVENUE
HAGÅTÑA, GUAM 96910
Telephone: (671) 473-9100; Facsimile: (671) 473-9152
www.gud.uscourts.gov

FRANCES M. TYDINGCO-GATEWOOD
Chief Judge

JEANNE G. QUINATA
Clerk of Court

December 11, 2007

James R. Larsen
Clerk of Court
Washington Eastern District Court
Thomas S. Foley United States
    Courthouse, Suite 840
920 West Riverside Avenue
Spokane, Washington 99210-1493

**Re:  District Court of Guam Criminal Case No. 04-00006-001**
        **USA vs. Jian Rong Li**

Dear Mr. Larsen:

Enclosed is a copy of the Transfer of Jurisdiction Request filed on December 4, 2007, and two originals of form PROB 22, Transfer of Jurisdiction. Please forward one original to our office upon the acceptance of jurisdiction over the above-named probationer/supervised releasee. Also enclosed for your convenience is a self-addressed envelope. If you have any questions, please contact our office at (671) 473-9100.

Sincerely,

Marilyn B. Alcon
Deputy Clerk

Enclosures