FILED
DISTRICT COURT OF GUAM
FEB 0 7 2008
JEANNE G. QUINATA
Clerk of Court

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
JAN 0 9 2008
JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

PROB 22
(Rev. 2/88)

# TRANSFER OF JURISDICTION

DOCKET NUMBER (Tran. Court)
Criminal 04-00006-001

DOCKET NUMBER (Rec. Court)
**CR-08-2001-LRS**

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| JIAN RONG LI<br>c/o USPO Rebecca Nichols<br>Eastern District of Washington<br>United States Probation<br>Post Office Box 1791<br>Yakima, WA 98907-1791 | GUAM | |



| | NAME OF SENTENCING JUDGE |
|---|---|
| | **Honorable Morrison C. England, Designated Judge** |

| DATES OF PROBATION/ SUPERVISED RELEASE | FROM<br>December 28, 2004 | TO<br>December 27, 2006 |
|---|---|---|

**OFFENSE**

False Use of Passport, in violation of 18 U.S.C. §1543

---

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR _____N/A_____ DISTRICT OF _____Guam_____

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the **Eastern District of Washington** upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

_____
Date

/s/ Frances M. Tydingco-Gatewood
Chief Judge
Dated: Dec 10, 2007
_____
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR _____Eastern_____ DISTRICT OF _____Washington_____

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

Jan. 4, 2008
Effective Date

[signature]
United States District Judge