

# District Court of Guam

4TH FLOOR, U.S. COURTHOUSE
520 WEST SOLEDAD AVENUE
HAGÅTÑA, GUAM 96910
Telephone: (671) 473-9100; Facsimile: (671) 473-9152
www.gud.uscourts.gov

FRANCES M. TYDINGCO-GATEWOOD
Chief Judge

JEANNE G. QUINATA
Clerk of Court

March 7, 2008

**FILED**
DISTRICT COURT OF GUAM

MAR 31 2008

JEANNE G. QUINATA
Clerk of Court

Mr. James R. Larsen
Clerk of Court
Washington Eastern District Court
Thomas S. Foley United States
 Courthouse, Suite 840
920 West Riverside Avenue
Spokane, WA 99201-1010

RE: *District Court of Guam Criminal Case No. 04-00006*
*District Court of Eastern Washington Criminal Case No. 08-2001-LRS*
*USA v. Jian Rong Li*

Dear Mr. Larsen:

Our Court is in receipt of form PROB 22, Transfer of Jurisdiction and Order, accepting the transfer of the above-entitled matter.

Enclosed are certified copies of the following documents:

1. Indictment, filed January 28, 2004;
2. Plea Agreement, filed August 5, 2004;
3. Judgment, filed November 18, 2004;
4. Transfer or Jurisdiction and Order, filed February 7, 2008;
5. Docket Sheet.

Please acknowledge receipt on the enclosed copy of this letter.

Sincerely,

Marilyn B. Aldon
Deputy Clerk

Enclosures

RECEIVED

MAR 17 2008

CLERK, U.S. DISTRICT COURT
SPOKANE, WASHINGTON